\UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL NO. 14-3345 |
| | ) |
| RACHELLE D. HYDE n/k/a, | ) |
| RACHELLE D. GALLIGOS, | ) |
| | ) |
| Defendant. | ) |

**OPINION CONFIRMING SALE**

The U.S. Marshal has been appointed by the Court to sell property at issue in this case. The U.S. Marshal reports that the property has been sold in accordance with terms previously set forth by the Court. The Court, having reviewed the relevant materials, finds as follows:

1. The common address and legal description of the real estate at issue:

    716 Oklahoma Street, Lincoln, Illinois 62656

    A part of Lots 14 and 15 in Block 4 in Maltby's Addition to the City of Lincoln, Logan County, Illinois, being a strip of ground 54 feet wide fronting on Oklahoma Street and 100 feet in depth as shown by plat of survey filed April 14, 1967, and recorded in Plat Book 13, at Page 50, except the underlying coal and other minerals and the right to mine and remove the same

    PIN No. 54 08 334 005 00

2. A notice required in accordance with 735 ILCS 5/15-1507(c)(2)(B) and 28 U.S.C. § 2002 was given;

3. The terms of sale were fair and not unconscionable;

4. The sale was conducted fairly and without fraud;

5. Justice was done by the sale;

6. All redemption and reinstatement periods have expired without redemption or reinstatement having been made; and

7. This Court obtained personal jurisdiction over the defendant Rachelle D. Galligos who is personally liable to Plaintiff for the deficiency from the sale.

IT IS THEREFORE ORDERED:

A. The U.S. Marshal's report of the sale is approved and the sale is confirmed;

B. A deficiency judgment be and the same is hereby entered in favor of plaintiff, UNITED STATES OF AMERICA, ACTING THROUGH RURAL DEVELOPMENT, and against defendant, Rachelle D. Galligos, in personam, in the amount of $51,301.47
, and that execution may issue in accordance with the law.

C. The U.S. Marshal is directed to issue a deed to the holder of the certificate of purchase, sufficient to convey title pursuant to 735 ILCS l5-l509(a).

D. The purchaser of the foreclosed property is hereby given possession effective immediately upon entry of this Order in compliance with 735 ILCS 5/15-1701(c)(1).

F. There is no just reason to delay enforcement of or appeal from this final order.


ENTER: February 17, 2016.

s/COLIN S. BRUCE
UNITED STATES DISTRICT JUDGE